**No. 10-5904. James D. Tinsley, II, Petitioner v. Rick Davis, Sheriff, Henderson County, North Carolina, et al.**

562 U.S. 983, 131 S. Ct. 417, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8311.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 254.

**No. 10-5914. Thomas Leslie Kirkpatrick, Petitioner v. Guillermina Hall, Warden.**

562 U.S. 983, 131 S. Ct. 417, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8231.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5917. Nanette Laurence, Petitioner v. Gateway Health System.**

562 U.S. 983, 131 S. Ct. 418, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8304.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 368 Fed. Appx. 668.

**No. 10-5919. Mark R. Mars, Petitioner v. Illinois.**

562 U.S. 983, 131 S. Ct. 418, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8154.

October 18, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 395 Ill. App. 3d 1126, 369 Ill. Dec. 497, 986 N.E.2d 810.

**No. 10-5920. Tyrone Drummond, Petitioner v. Delaware.**

562 U.S. 983, 131 S. Ct. 418, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8226.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 992 A.2d 1236.

**No. 10-5925. Lawrence Everett Alleman, Petitioner v. Kentucky.**

562 U.S. 983, 131 S. Ct. 418, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8166.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 306 S.W.3d 484.

**No. 10-5931. David W. Wilson, Petitioner v. Suzan Hubbard, et al.**

562 U.S. 983, 131 S. Ct. 419, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8141.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.